Brown *v.* Brown, Appellant.

Argued March 16, 1976. *Arthur L. Jenkins, Jr.,* with him *Smith, Aker, Grossman, Hollinger & Jenkins,* for appellant; *Earle J. Patterson,* with him *Bernard Edelson,* and *Caine, Di Pasqua, Edelson & Patterson,* for appellee.

Order affirmed.

CERCONE, J., absent.